UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-60435
Summary Calendar
_____


KHAN AHMED ARIF,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A91 541 399
- - - - - - - - - - - -

September 30, 1998

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

     Khan Amed Arif seeks to appeal the denial by the Board of
Immigration Appeals (BIA) of his motion to reconsider its October
22, 1996, decision and of his motion to reopen deportation
proceedings.  Arif asserts that the BIA failed to consider all of
the evidence which he presented at the deportation proceedings
and that there is new evidence warranting the reopening of the
proceedings.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

After reviewing the record before us, we conclude that the BIA did not abuse its discretion in denying both motions.  See Ogbemudia v. I.N.S., 988 F.2d 595, 600 (5th Cir. 1993); Ghassan v. INS, 972 F.2d 631, 638 (5th Cir. 1992).  The petition for review is DENIED.